UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUCRO HOLDINGS, LLC *et al.*,<br><br>                                    Plaintiffs,<br><br>                  -v-<br><br>PAUL FARMER *et al.*,<br><br>                                    Defendants. | 24 Civ. 7081 (PAE)<br><br><u>ORDER</u> |

PAUL A. ENGELMAYER, District Judge:

On December 9, 2024, defendants filed a motion to dismiss the complaint under Rule 12

of the Federal Rules of Civil Procedure. Dkt. 9. Under Rule 15(a)(1)(B), a plaintiff has 21 days

after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, it is hereby ORDERED that plaintiffs shall file any amended complaint by

December 31, 2024. No further opportunities to amend will ordinarily be granted. If plaintiffs

do amend, by January 21, 2025, defendants shall: (1) file an answer; (2) file a new motion to

dismiss; or (3) submit a letter to the Court, copying plaintiffs, stating that defendants rely on the

previously filed motion to dismiss.[1]

It is further ORDERED that if no amended complaint is filed, plaintiffs shall serve any

opposition to the motion to dismiss by December 31, 2024. A reply from defendants shall be

served by January 14, 2025. At the time any reply is served, the moving party shall supply the

Court with a courtesy copy of all motion papers by attaching them as PDF files to a single email

addressed to EngelmayerNYSDChambers@nysd.uscourts.gov.

---

[1] If defendants file a new motion to dismiss or rely on their previous motion, an opposition from
plaintiffs will be due 14 days thereafter, and a reply from defendants will be due seven days after
that.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 10, 2024
       New York, New York